No. 72–751.  RUBEO v. UNITED STATES.  C. A, 2d Cir. Certiorari denied.

No. 72–757.  HEISLER ET UX. v. UNITED STATES ET AL. C. A. 9th Cir.  Certiorari denied.

No. 72–763.  LIPTON v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 72–764.  WALLER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–772.  STRAWN v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 10th Cir.  Certiorari denied.

No. 72–774.  COOPER v. FLORIDA BOARD OF DENTISTRY. Sup. Ct. Fla.  Certiorari denied.

No. 72–776.  CITY WELDING & MANUFACTURING CO. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir. Certiorari denied.

No. 72–783.  SEELEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–788.  GERNIE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–793.  HOUSING AUTHORITY OF THE CITY OF OMAHA, NEBRASKA, ET AL. v. UNITED STATES HOUSING AUTHORITY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 72–796.  McCORMICK v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 72–797.  BOWERS ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.